STATE OF CONNECTICUT *v.* PETER SUMMA

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Harry F. Pergoda,* in support of the petition.

Submitted March 6—decided April 2, 1968

VINCENT A. JABLON ET AL. *v.* TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF NEWTOWN ET AL.

The motion by the defendants to strike certain assignments of error in the appeal from the Court of Common Pleas in Fairfield County is denied.

*Russell L. Post, Jr.,* in support of the motion.

*Herbert B. Wanderer,* in opposition.